IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GLORIA ROMAN, ADMINISTRATOR OF THE ESTATE OF ALICIA ESPINO-PEREZ, | § § § § | |
| *Plaintiff/Counter-Defendant,* | § § | |
| v. | § § | Case No. 4:12CV19 (Judge Clark/Judge Mazzant) |
| WELLS FARGO BANK, NA, TRUSTEE POOLING AND SERVICING ASSET BACKED CERTIFICATES SERIES 2004-MHQ1, | § § § § § § | |
| *Defendant/Counter-Plaintiff/ Third-Party Plaintiff*, | § § § | |
| v. | § § | |
| PEDRO PEREZ, | § § | |
| *Third-Party Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 21, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant/Counter-Plaintiff/Third-Party Plaintiff Wells Fargo Bank, NA, Trustee Pooling and Servicing Asset Backed Certificates Series 2004-MHQ1's Motion for Default Judgment Against Pedro Perez [Doc. #22] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Wells Fargo's Motion for Default Judgment Against Pedro Perez [Doc. #22] is GRANTED.

It is further **ORDERED** that:

1. Pedro Perez did not have any interest in the real property that is the subject of this suit, including, but not limited to, a fee simple title interest or a homestead interest in the property that was the subject of the Texas Home Equity Note dated November 5, 2004, in the original principal amount of $69,600.00 payable to Argent Mortgage Company, LLC, signed by Alicia Espino-Perez and the corresponding Texas Home Equity Security Instrument signed by Alicia Espino-Perez and on file in the real property records for Collin County as Document No. 2004-0165252, as of the date the subject loan was made or at any other time. The subject real property is more particularly described as follows:

> BEING LOT 8, BLOCK 2, OF WYATT NORTH ADDITION, FIRST SECTION, AN ADDITION TO THE CITY OF PLANO, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 3, PAGE 121, MAP RECORDS, COLLIN COUNTY, TEXAS, and commonly known as 1521 Lucas Terrace, Plano, Texas 75074.

2. Wells Fargo is entitled to all writs and process necessary to enforce this judgment.

3. The court has determined that there is no just reason for delay in entering a final judgment as to all claims against Pedro Perez. This Order is a final judgment as to Pedro Perez pursuant to Federal Rule of Civil Procedure 54(b), and may be appealed.

4. The court hereby awards Wells Fargo court costs incurred as to this defendant only.

The Clerk is directed to terminate Pedro Perez from this civil action.

So **ORDERED** and **SIGNED** this **11** day of **November, 2012.**

_____
Ron Clark, United States District Judge